IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Lance Marcell Stamper.  Plaintiff,  v.  DUVERA FINANCIAL- PALOMAR ASSOCIATES, SCOTT VERTREES, CEO, JEFF MILLER, VICE PRESIDENT, RICH VICTOR, DIRECTOR OF BILLING & COLLECTIONS, JOHN DOE, GENERAL COUNSEL.  Defendants. | Number 4-14 CV-597-A |

VERIFIED COMPLAINT IN THE NATURE OF A PETITION FOR REDRESS OF INJURIES UNDER AUTHORITY OF THE FAIR DEBT COLLECTIONS PRACTICES ACT, FOR VIOLATIONS UNDER 15 U.S.C. 1601 ET SEQ.

1. Lance Marcell Stamper, an aggrieved party, petitions this Court under authority of 15 USC 1601 et seq. hereinafter "The Act."

2. FIRST CAUSE OF ACTION: DUVERA FINANCIAL-PALOMAR ASSOCIATES, SCOTT VERTREES-CEO, JEFF MILLER-VICE PRESIDENT, RICH VICTOR-DIRECTOR OF BILLING AND COLLECTIONS, JOHN DOE- GENERAL COUNSEL, a debt collector, engaged in collection activity against Lance Marcell Stamper, and continued to engage in collection activity to the end result of damaging his reputation, rigorously concerning his occupation, and negatively reporting on his credit in error, to the result that Lance Marcell Stamper has been damaged by defendants for loss of potential financing and/or occupational income because of the negative credit

reporting and continued collection activity, to the amount of no less than four hundred eighty thousand dollars ($480,000). DUVERA FINANCIAL-PALOMAR ASSOCIATES, SCOTT VERTREES-CEO, JEFF MILLER-VICE PRESIDENT, RICH VICTOR-DIRECTOR OF BILLING AND COLLECTIONS, JOHN DOE- GENERAL COUNSEL doing so and acting knowingly and willingly without prior advising Lance Marcell Stamper of Mr. Stamper's due process rights expressly reserved at 15 USC 1692(g), *Harvey v. United Adjusters,* 509 F.Supp. 1218, by failing or refusing to validate the alleged debt after repeated, timely requests to do so.

    3. SECOND CAUSE OF ACTION: DUVERA FINANCIAL-PALOMAR ASSOCIATES, SCOTT VERTREES-CEO, JEFF MILLER-VICE PRESIDENT, RICH VICTOR-DIRECTOR OF BILLING AND COLLECTIONS, JOHN DOE- GENERAL COUNSEL have repeatedly violated 15 USC 1692(e) by making false and misleading representations of the alleged debt including the status of the alleged debt and continuing collection activity for the alleged debt, causing injury to Mr. Stamper's reputation and impeding his occupational activities, resulting in substantial economic damages, and damaging him by the defendants continual reporting negatively in error, against his credit-worthiness and credit report. DUVERA FINANCIAL-PALOMAR ASSOCIATES, SCOTT VERTREES-CEO, JEFF MILLER-VICE PRESIDENT, RICH VICTOR-DIRECTOR OF BILLING AND COLLECTIONS, JOHN DOE- GENERAL COUNSEL proceeded in a careless and disrespectful manner which was "knowing," "intentional," and "willful", and repeatedly ignored available proof that the alleged debt was not validated despite multiple requests to do so.

4. DUVERA FINANCIAL-PALOMAR ASSOCIATES, SCOTT VERTREES-CEO, JEFF MILLER-VICE PRESIDENT, RICH VICTOR-DIRECTOR OF BILLING AND COLLECTIONS, JOHN DOE- GENERAL COUNSEL is a debt collector. See 15 USC 1692a(6). See also *George Heintz, et al., v Darlene Jenkins,* 514 u.s. 291, 115 S.Ct. 1489 (1995).

5. Lance Marcell Stamper is lawfully entitled to actual damages as well as statutory damages against DUVERA FINANCIAL-PALOMAR ASSOCIATES, SCOTT VERTREES-CEO, JEFF MILLER-VICE PRESIDENT, RICH VICTOR-DIRECTOR OF BILLING AND COLLECTIONS, JOHN DOE- GENERAL COUNSEL up to a maximum of one thousand dollars ($1,000.00) per person or entity named in the complaint herein. See 15 USC 1692(a)(k). The actual damages, Lance Marcell Stamper is lawfully entitled to for damaging his reputation, impeding his occupation, and injuring him by negatively reporting, in error, against his credit-worthiness and credit report are exceeding a value of four hundred eighty thousand dollars ($480,000).

REMEDY SOUGHT

6. A jury's determination that DUVERA FINANCIAL-PALOMAR ASSOCIATES, SCOTT VERTREES-CEO, JEFF MILLER-VICE PRESIDENT, RICH VICTOR-DIRECTOR OF BILLING AND COLLECTIONS, JOHN DOE- GENERAL COUNSEL have violated consumer law justly requires this court's order to DUVERA FINANCIAL-PALOMAR ASSOCIATES, SCOTT VERTREES-CEO, JEFF MILLER-VICE PRESIDENT, RICH VICTOR-DIRECTOR OF BILLING AND COLLECTIONS, JOHN DOE- GENERAL COUNSEL to compensate Lance Marcell Stamper statutory damages not exceeding one thousand dollars ($1,000.00). A jury's determination that

DUVERA FINANCIAL-PALOMAR ASSOCIATES, SCOTT VERTREES-CEO, JEFF MILLER-VICE PRESIDENT, RICH VICTOR-DIRECTOR OF BILLING AND COLLECTIONS, JOHN DOE- GENERAL COUNSEL abused consumer law to continue collection activities under false, incomplete, and misleading pretenses warrants damages of not less than four hundred eighty thousand dollars ($480,000).

JURY TRIAL DEMANDED

_____
Lance Marcell Stamper

STATE OF TEXAS                                INDIVIDUAL ACKNOWLEDGMENT
COUNTY OF TARRANT

Before me, the undersigned, a Notary Public in and for said County and State on this 29 day of July, personally appeared Lance Marcell Stamper to me known to be the identical person who executed the within and foregoing instrument and acknowledged to me that he executed the same as his free and voluntary act.

Given under my hand and seal the day and year last above written.

My commission expires March 8, 2017

_____ Notary Public

JUSTIN CURTIS
MY COMMISSION EXPIRES
March 8, 2017

Lance Marcell Stamper
209 West 2nd Street #108
Fort Worth, TX 76102
Phone # 682-622-8853

## CERTIFICATE OF SERVICE

I certify that a true copy of the above Plaintiff's Verified Complaint in the Nature of a Petition for Redress of Injuries and the incorporated documents

4

therein, have been forwarded via facsimile and/or certified mail, return receipt requested, to all attorneys and/or parties of record on 7/30/14.

_____
Lance Marcell Stamper

Lance Marcell Stamper
209 West 2nd Street #108
Fort Worth, TX 76102
Phone # 682-622-8853

Case 4:14-cv-00597-A   Document 1   Filed 07/30/14   Page 6 of 10   PageID 6

In the Matter of Lance Marcell Stamper vs.
DUVERA FINANCIAL-PALOMAR ASSOCIATES, Et Al.
Cause No #

IN AND FOR THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Lance Marcell Stamper, <br><br> Plaintiff. <br> vs. <br> DUVERA FINANCIAL-<br>PALOMAR ASSOCIATES, et. al. <br><br> Defendants. | CASE NO. <br><br> AFFIDAVIT OF FACT IN VERIFICATION AND SUPPORT FOR PLAINTIFF'S ORIGINAL COMPLAINT IN THE NATURE OF A PETITION FOR REDRESS OF GRIEVANCES. |

### AFFIDAVIT OF FACT IN VERIFICATION AND SUPPORT FOR PLAINTIFF'S ORIGINAL COMPLAINT IN THE NATURE OF A PETITION FOR REDRESS OF GRIEVANCES

1. Duvera Financial-Palomar Associates has been reporting erroneous information on my credit report since May of 2010. To this day, they are still attempting to collect a debt that doesn't exist. They have caused me financial harm by consistently purporting that I owe them a debt, which they refuse to validate. The unwarranted reporting has hindered my ability to obtain financing for various projects, which would have provided valuable and needed income for me and my family. The damage from their reporting has also forced me to pay higher rates for other necessities such as insurance and housing.
2. Their erroneous reporting has also caused multiple employment obstacles, as it has shown up unfavorably to potential employers.
3. After repeated attempts to ask for verification, they refused to do so. Every effort was made to rectify and settle the issue with them directly; however, they have taken the position of silence when it comes to verification and proof that I owe the debt. Additionally, they have been extremely unwilling to agree to a win-win situation for both parties.

### SWORN DECLARATION

Wherefore the above being set forth by the light of day, with clean hands, and in good faith, I Lance Marcell Stamper do hereby declare and assert the above in sum total, to be true and correct to the best of my personal knowledge, and in support for verification of the Plaintiff's

*Affidavit of fact*
*Page 1 of 3.*
Dated 7/29/14

Case 4:14-cv-00597-A   Document 1   Filed 07/30/14   Page 7 of 10   PageID 7

In the Matter of Lance Marcell Stamper vs.
DUVERA FINANCIAL-PALOMAR ASSOCIATES, Et Al.
Cause No #

Original Complaint in the Nature of A Petition for Redress of Grievances, attached hereto and incorporated by reference herein.

I, Lance Marcell Stamper, the Plaintiff in this matter, am setting forth the above in good faith, with clean hands, under my full unlimited liability, under penalties of perjury, and under pain of DEATH by my Higher Power, may the creator strike me dead where I Stand if these claims are not made in full honor and truth to the best of my knowledge.

_____
Lance Marcell Stamper, AFFIANT/SWORN DECLARANT

Lance Marcell Stamper
209 West 2nd Street #108
Fort Worth, TX 76102
Phone # 682-622-8853

### JURAT

Subscribed and sworn to by _Lance Marcell Stamper_ before me on the _29_ day of _July_, _2014_.

Signature _____

Printed name _Justin Curtis_

Notary public, State of Texas, County of _Tarrant_

My commission expires _March 8, 2017_

JUSTIN CURTIS
MY COMMISSION EXPIRES
March 8, 2017

*Affidavit of fact*
*Page 2 of 3.*
*Dated 7/29/14*

In the Matter of Lance Marcell Stamper vs.
DUVERA FINANCIAL-PALOMAR ASSOCIATES, Et Al.
Cause No #

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing document, has been forwarded via facsimile and/or certified mail, return receipt requested, to all attorneys and/or parties of record on 7/30/14.

*Lance Marcell Stamper*

Lance Marcell Stamper
209 West 2nd Street #108
Fort Worth, TX 76102
Phone # 682-622-8853

*Affidavit of fact*
*Page 3 of 3.*
*Dated 7/29/14*

## Credit Cards, Loans & Other Debt

Here you will find specific information on each account you opened, including current status and any past due information. Positive credit information remains on your report indefinitely. Creditor contact information has been provided in order to make it easier for you to resolve any issues.

**PALOMAR ASSOCIATES**

☒ Potentially Negative

760-602-5000

1959 PALOMAR OAKS WAY ST
CARLSBAD, CA 92011

| | Experian | Equifax | TransUnion |
|---|---|---|---|
| Account Name | PALOMAR ASSOCIATES | DUVERA BILLING SERVI | DVRA COLLECT |
| Account # | 3000XXXX | 3000XXXX | 3000XXXX |
| Account Type | Collection Department / Agency / Attorney | Collection Account | Collection Account |
| Balance | $1,186.00 | $1,186.00 | $1,180.00 |
| Past Due | $650.00 | | |
| Date Opened | 5/1/2010 | 5/1/2010 | 5/28/2010 |
| Account Status | Closed | Closed | Open |
| Mo. Payment | | | |
| Payment Status | Seriously past due date / assigned to attorney, collection agency, or credit grantor's internal collection department | Unpaid | Collection account |
| High Balance | | | |
| Limit | | | |
| Terms | 1 Month | | |
| Comments | Account in dispute-reported by subscriber | Unpaid | Placed for collection |

**24/Mo Payment History**

| Month | 2012 | | | | | | 2013 | | | | | | | | | | | | 2014 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN |
| Experian | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | ND | KD |
| Equifax | | | | | | | | | | | | | | | | | | | | | | | | |
| TransUnion | | | | | | | | | | | | | | | | | | | | | | | | |

The JS 44 civil coversheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
LANCE MARCELL STAMPER

### DEFENDANTS
OUVERA FINANCIAL PALOMAR ASSOCIATES
SCOTT VERTREES - CEO
JEFF MILLER - VICE PRESIDENT
RICH VICTOR - DIRECTOR OF COLLECTIONS, JOHN DOE - GENERAL COUNSEL

(b) County of Residence of First Listed Plaintiff: TARRANT COUNTY
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: SAN DIEGO COUNTY
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
N/A

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☒ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | PROPERTY RIGHTS | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | LABOR | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / PERSONAL PROPERTY / ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | SOCIAL SECURITY | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | ☐ 720 Labor/Mgmt. Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Med. Malpractice / ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☒ 890 Other Statutory Actions |
| ☐ 196 Franchise | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| REAL PROPERTY | CIVIL RIGHTS / PRISONER PETITIONS | | FEDERAL TAX SUITS | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights / ☐ 510 Motions to Vacate Sentence | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / Habeas Corpus: | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/Accommodations / ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | / ☐ 535 Death Penalty | IMMIGRATION | | |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee (Prisoner Petition) | | |
| | / ☐ 555 Prison Condition | | | |
| | ☐ 448 Education / ☐ 560 Civil Detainee - Conditions of Confinement | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN *(Place an "X" in One Box Only)*
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district *(specify)*
- ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity):*
FDCPA
Brief description of cause:
SUIT FOR REDRESS OF INJURIES FOR VIOLATIONS UNDER FDCPA

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 485,000
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) PENDING OR CLOSED:
*(See instructions):*
JUDGE
DOCKET NUMBER

DATE: 7/30/14
SIGNATURE OF ATTORNEY OF RECORD: LMS 7/30/14

**FOR OFFICE USE ONLY**
RECEIPT # FW022335  AMOUNT 400  APPLYING IFP  JUDGE  MAG. JUDGE